# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MILTON RAYMOND HINSON**      **CIVIL ACTION**
**(#96124)**

**VERSUS**

**DAVID BOYD HALE**      **NO. 19-00421-BAJ-RLB**

## RULING AND ORDER

On June 26, 2019, Plaintiff, formerly a prisoner incarcerated at Eastern Louisiana Degenerative Systems in Jackson, Louisiana, filed his *pro se* Complaint alleging various constitutional violations. (Doc. 1). Since March 4, 2020, however, Orders mailed to Plaintiff by this Court have been returned as either "refused" or "discharged." (*See* Docs. 22, 25). As such, it appears that Plaintiff has been discharged from the facility where he was housed. No forwarding address has been provided to this Court.

Pursuant to Local Rule 41(b)(4), a *pro se* litigant's failure to keep the Court apprised of a change of address is cause for dismissal for failure to prosecute when a notice has been returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days. As a practical matter, this case cannot proceed without an address where Plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings.

Accordingly,

**IT IS ORDERED** that the above captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**, for Plaintiff's failure to prosecute this action and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion filed within thirty 30 days, and upon a showing of good cause, the Court may consider reinstatement of Plaintiff's action. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 8th day of January, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**